**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 16-cv-00273-LTB-KLM

BARBARA WEATHERL,

    Plaintiff,

v.

NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY, and QBE INSURANCE CORPORATION,

    Defendants.
_____

**ORDER**
_____

Upon Defendants' Unopposed Motion for Stay and Administrative Closure (Doc 20 - filed March 21, 2016), it is

ORDERED that the Motion is **GRANTED** and this matter is **STAYED** and is deemed **ADMINISTRATIVELY CLOSED** pending resolution of the arbitration and subject to being reopened upon motion of any party for good cause shown.  This matter need not be reopened for submission of final settlement documents.

                                                     BY THE COURT:

                                                       s/Lewis T. Babcock
                                                   Lewis T. Babcock, Judge

DATED:   April 5, 2016